**UNITED STATES BANKRUPTCY COURT**
**Middle District of Pennsylvania**
1 DIVISION

In re:
    GREGORY L FLEAGLE
    123 CREEK VIEW DRIVE
    PO BOX 366
    JONESTOWN, PA 170380366

             Debtor(s)

| Case No: 1-05-00534-MDF

# CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

        Charles J. DeHart, III, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C 1302(b)(1). The trustee declares as follows:

1) The case was filed on   02/02/2005.

2.) The plan was confirmed on   07/29/2005.

3.) The plan was modified by order after confirmation pursuant to 11 U.S.C. 1329 on  NA.

4.) The trustee filed action to remedy default by the debtor in performance under the plan on
    10/13/2006, 12/31/2006, 04/09/2007, 07/02/2007, 09/03/2009, 01/31/2010.

5.) The case was completed on 03/01/2010.

6.) Number of months from filing to last payment: 61

7.) Number of months case was pending:  64

8.) Total value of assets abandoned by court order:  NA

9.) Total value of assets exempted:     3,697.00

10.) Amount of unsecured claims discharged without full payment:     55,714.10

11.) All checks distributed by the trustee relating to this case have cleared the bank.

| **Receipts:** | | | | |
|---|---|---|---|---|
| Total paid by or on behalf of the debtor | $ | 29,522.50 | | |
| Less amount refunded to debtor | $ | 122.50 | | |
| **NET RECEIPTS:** | | | $ | 29,400.00 |

| **Expenses of Administration:** | | | | |
|---|---|---|---|---|
| Attorney's Fees Paid Through the Plan | $ | 2,500.00 | | |
| Court Costs | $ | 0.00 | | |
| Trustee Expenses & Compensation | $ | 1,307.33 | | |
| Other | $ | 0.00 | | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | | $ | 3,807.33 |
| **Attorney fees paid and disclosed by debtor:** | $ | 0.00 | | |

## Scheduled Creditors:

| CreditorName | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| **CLERK OF US BANKRUPTCY COU | UNS | 5,878.00 | 6,128.34 | 5,871.79 | 531.05 | 0.00 |
| BANK ONE | SEC | NA | 256.55 | NA | 0.00 | 0.00 |
| BASS & ASSOCIATES, P.C. | SEC | NA | 1,040.00 | NA | 0.00 | 0.00 |
| BASS AND ASSOCIATES | UNS | NA | 1,279.88 | NA | 0.00 | 0.00 |
| BELCO FEDERAL CREDIT UNION | UNS | 7,053.00 | 7,134.55 | 7,134.55 | 645.89 | 0.00 |
| BELCO FEDERAL CREDIT UNION | UNS | NA | 68.62 | 68.62 | 6.20 | 0.00 |
| BENEFICIAL FINANCE CORPORATI | SEC | 19,500.00 | 19,772.05 | 0.00 | 0.00 | 0.00 |
| CITIBANK | UNS | 2,265.00 | 2,329.09 | 2,329.09 | 210.82 | 0.00 |
| CITIZENS AUTOMOBILE FINANCE | SEC | 17,000.00 | 16,065.70 | 13,043.37 | 13,043.37 | 0.00 |
| CITIZENS AUTOMOBILE FINANCE | UNS | NA | 16,065.70 | 4,615.70 | 417.78 | 0.00 |
| COUNTRYWIDE HOME LOANS | SEC | 84,900.00 | NA | NA | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS | SEC | 16,000.00 | NA | NA | 0.00 | 0.00 |
| ECAST | SEC | NA | 850.00 | NA | 0.00 | 0.00 |
| ECAST | UNS | 2,855.00 | 2,919.38 | 2,069.38 | 187.32 | 0.00 |
| ECAST SETTLEMENT CORPORATION | UNS | 6,296.00 | 6,495.11 | 6,495.11 | 588.01 | 0.00 |
| ECAST SETTLEMENT CORPORATION | UNS | 9,680.00 | 9,974.94 | 9,974.94 | 903.05 | 0.00 |
| ECAST SETTLEMENT CORPORATION | UNS | 4,054.84 | 4,142.64 | 4,142.64 | 374.99 | 0.00 |
| HUDSON UNITED BANK | UNS | NA | 11,500.00 | 3,638.00 | 329.17 | 0.00 |
| HUDSON UNITED BANK | SEC | 11,500.00 | 11,500.00 | 7,862.00 | 7,862.00 | 0.00 |
| MBNA AMERICA | UNS | 6,758.00 | NA | NA | 0.00 | 0.00 |
| OLD NAVY | UNS | 73.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | UNS | 5,272.00 | 5,446.58 | 5,446.58 | 493.02 | 0.00 |
| UNIT CONSUMER FIN SVC | UNS | 1,784.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors

| | Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments** | | | |
| Mortgage Ongoing | 0.00 | 0.00 | 0.00 |
| Mortgage Arrearage | 0.00 | 0.00 | 0.00 |
| Debt Secured by Vehicle | 20,905.37 | 20,905.37 | 0.00 |
| All Other Secured | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED:** | 20,905.37 | 20,905.37 | 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 0.00 | 0.00 | 0.00 |
| Domestic Support Ongoing | 0.00 | 0.00 | 0.00 |
| All Other Priority | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY:** | 0.00 | 0.00 | 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | 51,786.40 | 4,687.30 | 0.00 |

**Disbursements:**
    Expenses of Administration       $          3,807.33
    Disbursements to Creditors        $       25,592.67

**TOTAL DISBURSEMENTS:**            $     29,400.00

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009 the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

**Date:**    06/10/2010      **/s/**      Charles J. DeHart, III

**STATEMENT:**This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. 1320.4(a)(2) applies.